IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-30907
Conference Calendar
_____


CHARLES ERIC DURAND, PH.D.,

Plaintiff-Appellant,

versus

RICHARD HAMPTON FUSSELL;
ROSENBLUM MENTAL HEALTH;
HOFFMAN, Dr.;
SOUTHEAST LOUISIANA HOSPITAL,

Defendants-Appellees.

- - - - - - - - - - -
Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. CA-95-559
- - - - - - - - - - -
March 1, 1996
Before GARWOOD, JONES, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Charles Eric Durand has not shown that he will present a nonfrivolous issue on appeal, thus his motion to proceed in forma pauperis on appeal is DENIED. His appeal is DISMISSED as frivolous and his motions are DENIED as MOOT.

We caution Durand that any additional frivolous appeals filed by him will invite the imposition of sanctions. To avoid sanctions, Durand is further cautioned to review all pending

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

appeals to ensure that they do not raise arguments that are frivolous because they have been previously decided by this court.

APPEAL DISMISSED.